IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DEWAYNE DAVIDSON                                                PLAINTIFF

v.                              No. 4:21-cv-302-DPM

MARK PIERSON, Sgt. Major for
the Army Reserves; TED PIERSON;
TRENT PIERSON; GORDON PIERSON;
TOMMY SMITH; TAMMY WARLOCK;
DOE, President for investigation into the
criminal activity of the Army Reserves                          DEFENDANTS

ORDER

1. Davidson's application to proceed *in forma pauperis*, Doc. 1, is granted. He lives on a modest disability income and has few assets.

2. The Court must screen Davidson's complaint. 28 U.S.C. § 1915(e)(2). Davidson says the Army Reserves Psyops violated his constitutional rights by gang stalking him. He asks to be left alone and for money damages. His claim is fanciful. *Denton v. Hernandez*, 504 U.S. 25, 32–33 (1992); 28 U.S.C. § 1915(e)(2)(B). The Court will dismiss the case without prejudice for failure to state a claim. His motion to appoint counsel, *Doc 3*, is denied as moot.

So Ordered.

*/s/ D.P. Marshall Jr.*

D.P. Marshall Jr.
United States District Judge
29 April 2021