IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DEWAYNE DAVIDSON                                                    PLAINTIFF

v.                              No. 4:21-cv-302-DPM

MARK PIERSON, Sgt. Major for
the Army Reserves; TED PIERSON;
TRENT PIERSON; GORDON PIERSON;
TOMMY SMITH; TAMMY WARLOCK;
DOE, President for investigation into the
criminal activity of the Army Reserves                              DEFENDANTS

JUDGMENT

The complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

29 April 2021